### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**ARTEZ OLIVER**                                                        **PLAINTIFF**

**V.**                           **CASE NO. 3:16-CV-00325 JLH/BD**

**DALE COOK and**
**LUTHER WHITFIELD**                                            **DEFENDANTS**

### ORDER

Artez Oliver, an inmate at the Mississippi County Detention Facility ("Detention

Facility"), filed this lawsuit without the help of a lawyer under 42 U.S.C. § 1983.

(Docket entry #2)  In his complaint, Mr. Oliver includes various unrelated claims.  He

complains that Detention Facility officials have: confiscated his funds; failed to provide

inmates proper cleaning supplies; opened legal mail; failed to provide inmates grievance

forms; used excessive force against him; verbally harassed him; and improperly detained

inmates.

Mr. Oliver is not permitted to include unrelated claims in this one lawsuit.

Furthermore, he cannot pursue claims on behalf of other inmates.  Mr. Oliver has thirty

days to file an amended complaint that is limited to his own claims that arose from one

incident or condition of confinement.  In his amended complaint, he must identify the

Detention Facility officials who violated his rights and specifically describe the

unconstitutional conduct of each Defendant he is suing.  In addition, Mr. Oliver must

describe the injuries he suffered as a result of that conduct.

Mr. Oliver has thirty days to file his amended complaint.  His failure to comply with this Court's order could result in the dismissal of his claims, without prejudice. Local Rule 5.5.

IT IS SO ORDERED, this 7th day of November, 2016.

_____
UNITED STATES MAGISTRATE JUDGE