# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**ARTEZ OLIVER**                                                                          **PLAINTIFF**

**v.**                        **NO. 3:16CV00325 JLH/BD**

**DALE COOK; and**
**LUTHER WHITFIELD**                                               **DEFENDANTS**

## **ORDER**

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Oliver's claims are DISMISSED, without prejudice, based on his failure to comply with the Court's November 7, 2016 Order. The Clerk is directed to close this case.

IT IS SO ORDERED this 18th day of January, 2017.

_____
UNITED STATES DISTRICT JUDGE